UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL GROARK,

                Petitioner,

  -against-

WILLIAM PHILLIPS, Superintendent,
Green Haven Correctional Facility;
and ELIOT SPITZER, New York
State Attorney General,

                Respondents.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 4876 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 31 2005 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on October 26, 2005, granting respondents' motion to dismiss the § 2254 petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; and that respondents' motion to dismiss the § 2254 petition for a writ of habeas corpus is granted.

Dated: Brooklyn, New York
       October 26, 2005

                                            ROBERT C. HEINEMANN
                                            Clerk of Court